REGINA WOLFF, ETC. v. MERCER MEDICAL CENTER, ET AL.

June 3, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. CATHERINE CREWS.

June 3, 1986.

Petition for certification granted.   (See 208 *N.J.Super.* 224)

STATE OF NEW JERSEY v. BARRY ROBINSON.

June 3, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. BARRY ROBINSON.

June 3, 1986.

Cross-petition for certification denied.